# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No:          25-CR-92 (11) JWB/ECW |
| | ) | Date:               October 23, 2025 |
| v. | ) | Court Reporter: Erin Drost |
| | ) | Courthouse:     St. Paul |
| KENDRA SUE JOHNSON, | ) | Courtroom:      7A |
| | ) | Time Commenced: 10:09 a.m. |
| Defendant. | ) | Time Concluded:    10:41 a.m. |
| | ) | Time in Court:      32 Minutes |
| | ) | |

Before Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:   David P. Steinkamp, Assistant United States Attorney
   For Defendant:  Elizabeht Duel, CJA

PROCEEDINGS:
- ☒ **Change of Plea Hearing.**
- ☒ PLEA:
  - ☒ Guilty as to Count 1s of the Felony Information.
- ☒ Waiver of Indictment.
- ☒ Presentence Investigation and Report requested.
- ☒ Defendant remanded to the custody of the U.S. Marshal.

s/ D. Dodd
Courtroom Deputy
